UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : SEALED INDICTMENT

      - v. - : 20 Cr.

JASON RIVERA,

      Defendant.

- - - - - - - - - - - - - - - - x

20 CRIM 096

## COUNT ONE

The Grand Jury charges:

1. From at least in or about July 2019 up to and including in or about February 2020, in the Southern District of New York and elsewhere, JASON RIVERA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was part and an object of the conspiracy that JASON RIVERA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that JASON RIVERA, the defendant, conspired to distribute and possess with intent to distribute were 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of

Title 21, United States Code, Section 841(b)(1)(B), and mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Indictment, JASON RIVERA, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSETS PROVISION

5. If any of the above-described forfeitable property, as a result of any act or omission of JASON RIVERA, the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**JASON RIVERA,**

Defendant.

---

**SEALED INDICTMENT**

20 Cr.

(Title 21, United States Code,
Section 846.)

GEOFFREY S. BERMAN
United States Attorney

*/s/ Tracy Nitetter*
Foreperson

---

2/4/2020

SEALED INDICTMENT FILED
ARREST WARRANT
HON. SARAH NETBURN, USMJ.