**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2020
```

February 24, 2020

**By ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jason Rivera*, 20 CR 96 (CM)

Dear Judge McMahon,

With the consent of Mr. Schneider, the Government writes to request respectfully that the Court exclude time under the Speedy Trial Act from today, February 24, 2020, through March 24, 2020—the date to which the Government understands that the conference previously scheduled for February 20, 2020 has been adjourned—pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having additional time in which to review discovery, prepare any applicable motion, and explore a pretrial disposition.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Jeremy Schneider (Counsel to Defendant Jason Rivera) (by ECF)

---

*Handwritten endorsement:*

2/24/2020

Case is adj to March 24, 2020 at 12:00 — time excluded through March 24, in the interest of justice, to allow defendant to review discovery and discuss possible pretrial disposition w/ Gov't.

*[signed]*