```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA
```

                    v.                                  20-CR-96 (CM)

**<u>ORDER</u>**

JASON RIVERA,

                        Defendant.

----------------------------------------------------------X

McMahon, C.J.:

The Court will hold a telephone conference this Wednesday, April 8, 2020, at 2:30 p.m., on Defendant's pending motion to be release on bail conditions.

To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including family members) and press are welcomed to dial in as well.

April 6, 2020

                                            Colleen McMahon
                                            Chief Judge