Case 1:20-cr-00096-CM   Document 18   Filed 05/26/20   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 26, 2020

5/26/20

*Case Adj to June 16, 2020 in the interest of justice, to facilitate plea discussions.*

**By ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jason Rivera*, 20 CR 96 (CM)

Dear Judge McMahon,

In recognition of ongoing public-health conditions, the Government writes on behalf of the parties to request respectfully that the Court adjourn the conference currently scheduled for May 27, 2020 to June 16, 2020 at 4:00 PM, a date and time that the parties understand may be convenient to the Court. In addition, with the prior and continued consent of the defendant, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from May 27, 2020, through June 16, 2020 pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having further time in which to explore a pretrial disposition amidst the circumstances of the declared national emergency.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/20

cc: Jeremy Schneider (Counsel to Defendant Jason Rivera) (by ECF)