Case 1:20-cr-00096-CM   Document 22   Filed 09/15/20   Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2020

September 15, 2020

**By ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> 9/15/2020
> Case Adj to Nov 18, 2020
> At 3pm — time Excluded
> through Nov 18, in the
> interest of justice, to
> facilitate plea discussions
> /s/ Colleen McMahon

Re:   *United States v. Jason Rivera*, 20 CR 96 (CM)

Dear Judge McMahon,

The Government writes on behalf of the defendant, who requests respectfully that the Court further adjourn the conference currently scheduled for September 22, 2020 to November 18, 2020 at 3:00 PM, a date and time that the parties understand may be convenient to the Court and that will permit further discussions between the parties concerning a possible pretrial disposition. The Government consents to this request. In addition, with the consent of the defendant, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from September 22, 2020 through the date of November 18, 2020 pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in exploring a possible pretrial disposition amidst the circumstances of the ongoing national emergency and the delays attendant to it with respect to achieving such a disposition.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Jeremy Schneider (Counsel to Defendant Jason Rivera) (by ECF)