UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2020

WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING

JASON RIVERA,

                Defendant.

20 CR 96-01 (CM)

------------------------------------------------- X

Check Proceeding **that Applies**

✓   Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding, if I wish to do so.

Date:     Jason Rivera
          Print Name    11/6/20

       Jason Rivera by Jeremy Schmidt
       Signature of Defendant    11/9/20

Date     [signature] 11/6/20
       Signature of Defense Counsel
       Jeremy Schneider

Date    11/9/2020 Accepted.

       [signature]
       Signature of Judge

3