# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/23

MEMO ENDORSED

February 15, 2023

2/21/23

OK

[signature: Colleen McMahon]

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jason Rivera
    20 Cr. 096 (CM)

Dear Judge McMahon:

I represented Mr. Jason Rivera in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 47.1 hours, nunc pro tunc to March 30, 2020, assisting me in this matter. Much of that time involved research and writing.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Mr. Rivera in this matter. Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

JS/sc